UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**CHIEF JUDGE RENÉE MARIE BUMB**  **DATE OF PROCEEDINGS**

**COURT REPORTER: JOHN J. KURZ**  10/13/2023

**Docket #** 17-cv-03984(RMB)

**TITLE OF CASE:**

MICROSPHERIX LLC VS. MERCK SHARP & DOHME CORP., ET AL.,

**APPEARANCES:**

Liza Walsh, Esquire, Brian Sieve, Esquire, Marcus Sernel, Esquire and Eric Hayes, Esquire for plaintiff
Mark Makhail, Esquire, Veronica Smith Moye, Esquire and Ernest Shin, Esquire for defendants

**NATURE OF PROCEEDINGS: STATUS CONFERENCE**

Status Conference held via video.
Case reported settled.
Order to be entered.

Time commenced: 12:00p.m.      Time Adjourned: 12:05p.m.

Total 5 Minutes

s/*Arthur Roney*
DEPUTY CLERK